# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: _____12-1122 M_____

2) Defendant's Name:____RICHTER_____JACOB_____
                           (Last)                   (First)                 (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: _X_ Yes ___No    Other District:__PUERTO RICO_____

8) Name of Interpreter used today:_____ Language:_____

9) Arraignment on complaint held: _X_ Yes ___No    Date/Time:__12/13/12_____

10) Detention Hearing Held:____ Bail set at:$250,000_____ ROR Entered:____ POD Entered:___

11) Temporary Order of Detention Entered:____ Bail Hearing set for:_____

12) (a) Preliminary Hearing set for:_____; or waived:_✓_____

    (b) Removal Hearing set for:_____; or waived:_✓_____

    (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY:__ERIK PAULSEN_____

14) DEFENSE COUNSEL'S NAME: _Stephan Flamhaft_
    Address:_____
    Bar Code:_____ CJA:____ FDNY:____ RET: _X_
    Telephone Number:(___)_____

15) LOG #: _506-525_____ MAG. JUDGE: ___VERA SCANLON_____

16) _✓_ Defendant was advised of bond conditions by the Court and signed the bond.
    _2_ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____
_____
_____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___